UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
ZACHARY HANFT, Derivatively on Behalf
of Nominal Defendant MAGNUM HUNTER
RESOURCES CORPORATION,

    *Plaintiff,*

-against-

J. RALEIGH BAILES, BRAD BYNUM,
VICTOR G. CARRILLO, GARY C.
EVANS, STEPHEN C. HURLEY, JOE L.
MCCLAUGHERTY, RONALD D.
ORMAND, STEVEN A. PFEIFER,
JEFFREY SWANSON, FRED J. SMITH,
JR., DAVID S. KRUEGER, *et al.*,

    *Defendants,*

-and-

MAGNUM HUNTER RESOURCES
CORPORATION,

    *Nominal Defendant*

------------------------------------------------------------- X

CIVIL ACTION NO. 13-3864 (WHP)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/14
```

## FINAL JUDGMENT

Pursuant to Fed.R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(2), and based on the unopposed motion to dismiss, this case is hereby **DISMISSED WITH PREJUDICE.** All costs shall be borne by the parties that incurred them. This is a final judgment that disposes of all claims and parties in this litigation.

SIGNED this 21 day of January, 2014

_____
UNITED STATES DISTRICT JUDGE